UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 11-60104-CIV-MORENO

ACCESS 4 ALL, INC.
JOE HOUSTON,

    Plaintiffs,

vs.

BURLINGTON COAT FACTORY OF FLORIDA, LLC,

    Defendant.
_____/

### FINAL ORDER OF DISMISSAL AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon the Joint Stipulation of Dismissal with Prejudice, (D.E. No. 21), filed on **July 6, 2011**. It is

ADJUDGED that in light of the parties settling this action this case is **DISMISSED** with prejudice, in accordance with the settlement agreement, and with each party bearing its own fees and costs. Fed. R. Civ. P. 41(a)(1)(ii). . The Court shall retain jurisdiction to enforce the terms of the settlement agreement if it is filed in its entirety by **August 8, 2011**. It is also

ADJUDGED that all pending motions are **DENIED** as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this 7 day of July, 2011.

                                                  FEDERICO A. MORENO
                                                UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record